# Order

**Michigan Supreme Court**
**Lansing, Michigan**

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

October 14, 2005

129680

ENNICK REESE,
           Plaintiff-Appellee,

v

CARNELL McCREARY,
           Defendant-Appellant.

_____

          SC: 129680
          COA: 264676
          Wayne CC: 00-032737-PH

On order of the Chief Justice, the application for leave to appeal filed October 13, 2005 is DISMISSED for failure to pursue the case in conformity with the order of February 26, 2004 in *Reese* v *McCreary* No. 125655. That order provided that further appeals were not to be filed until the full entry fee in that case was paid. Following entry of that order, plaintiff-appellant paid the partial filing fee on March 11, 2004. Because the full entry fee in case 125655 has not been paid, this appeal is dismissed.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 14, 2005

_____
          Clerk

cc101405